United States District Court
Middle District of Florida
Fort Myers Division

FILED
2022 JUN 15 AM 11:18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

Gregory Scott Goodyear
Petitioner

Case No: 2:22CV369-SPC-NPM

vs

State Attorney Amira Fox
Respondent

## Petition for a Writ of Habeas Corpus

Comes now, the Petitioner Pro Se to move this Court in the above style, and following grounds he alleges the following facts:

1) The Petitioner was Kidnapped in case #04-CF-001624 by Assistant Federal Prosecutor Dineen Anne Baker. The Petitioner was forced to plea out in July 2008 after 4 years of criminal activity by the State Attorneys Office, and Judiciary of the 20th Circuit Courts.

2) The Presiding Judge Mark Steinbeck Also a Former Federal Prosecutor Accepted the forced plea in July 2008. For Violation of injunction July 2013 it was discovered JUDGE Edward Volz's name on the Appeal paperwork as though he was the presiding Judge in July 2008.

The Fort Myers Police investigated the signature of Judge Edward Volte and found Judge John Carlin signed his name on the plea, Judge Mark Steinbeck agreed to. This Act verifies Conspiracy by all parties of record in case # 04-CF-001624.

3) JUDGE Margaret Steinbeck granted an injunction in case # 06-DR-006457 by Officer Vincent C. Minnillo who falsified the Police Reports in cover up case # 04-CF-001624.

Minnillo alleged in his petition "Goodyear offered an inmate $5000 to kill him" LCSO Lt. Miter investigated the alleged criminal act by Goodyear BEFORE his fabricated petition, and knew it was a set up with inmate VoiD James working with the State Attorneys Office, and Cape Coral Police to frame Goodyear. JUDGE Margaret Steinbeck also a former FEDERAL Prosecutor had the evidence of falsified Police Reports by Minnillo, prior to granting the injunction.

4) JUDGE Margaret Steinbeck is the assigned Arraigning Judge in criminal case # 21-CF-016694 on January 18th, 2022. Judge Margaret Steinbeck RECUSED herself on her own Motion December 9th, 2021.

The Petitioner was not served the civil

injunction, and did not sign for it, therefore he could not have violated such.

5) The petitioner was sent to prison in case # 15-CF-018687 on March 18th, 2019 for Violation of Probation in July 2018. However, 2 (Two) VOP Reports filed in the case on August 3rd and August 30th, 2018 show Probation was TERMINATED February 13th, 2018.

6) The petitioner is accused of Violation of injunction in Case # 21-MM-023540 as of 1/07/22 no charges have been filed. The injunction petition by Captain Steve Huntfleet is falsified. Huntfleet worked with Vincent G. Minillo in Aviation at the LCSO from 2013 to 2015, and was also "good friends" with Former Sheriff Mike Scott the alleged victim in Case # 15-CF-018687. Huntfleet and his wife Dawn befriended the petitioners teenage daughter in 2014. They were buying her gifts, helping with bills, taking her on trips. This was part of a Gas Lighting Operation on the petitioner.
On December 21st, 2021, Judge Maria Gonzalez informed the petitioner the State probably isn't going to file charges in case 21-MM-023540. Gonzalez is a Co-Conspirator and helped steal the petitioners truck in case 2011-SC-000653 Mary McGary vs. Gregory Scott Goodyear and Heather Richards

A "Writ of Execution Unsatisfied" filed nearly 9 years later in the case proves her illegal activity with Sheriff Mike Scott who sold the vehicle back to Mary McGary at the auction.

Judge Joseph Gagliardi was the Judge on the Record in case 21-MM-033540 on December 28th, 2021. Judge Gagliardi informed the petitioner he was charged with "Contempt of Court Violation of injunction Stalking" and asked how he pleas. The petitioner plead Not Guilty, but No charges have been filed on him in the case.

6) All pending criminal cases could never lead to a legal conviction. The alleged victim in 3 cases BETh Anne Harding signed her name "BEThanne Crowley" on the temporary injunction petition. The petition was not served the final ORDER in the Civil case.

### Relief Sought

Wherefore, pursuant to Younger v. Harris, 401 U.S. 37, 45 (1971) the petitioner has proven "Absent extraordinary circumstances". Goodyear has proven several reasons as to why the FEDERAL court should in fact intervene in this situation. Applications to warrant this exception are a Matter of Public Record.

Therefore, he request this petition be granted

Pursuant to the United States Constitution, this Court's Judicial Responsibility to protect any citizen from Abuse of the Legal system, and ORDER his Release from jail.

### Certificate of Service

I HEREBY Certify a true and correct copy of this petition under the laws of perjury in the State of Florida has been mailed out to 2110 First Street Fort Myers Florida 33901 on this 7th day of January 2022.

Queeday S. Goodyear
#196532
1/7/22